MAX KIRSON, Appellant, v. JULIUS ROSENBAUM, Respondent.

HASBROUCK, J. (dissenting). I dissent on the ground that the evidence shows beyond dispute that plaintiff was employed by the defendant and that he did not pay the plaintiff for his services. It was the duty of the court to find the value of such services or the evidence relating thereto or to order the case continued to supply evidence of such value in the interest of justice. As the case stands upon appeal it would appear that the court had failed in its function.

JOSEPH E. DION, Respondent, v. BOSTON & MAINE RAILROAD, Appellant.— Motion denied, with ten dollars costs. Date of inspection to be fixed by Mr. Justice Rogers, or at any Special Term in the district, on notice. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

MATTHEW A. HEERAN, Appellant, v. CLARENCE A. McNALLY, as Mayor, etc., and Others, Respondents.— Motion to continue injunction granted. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Judicial Settlement of the Account of CITY NATIONAL BANK OF BINGHAMTON, as Executor, etc., of HENNIE MULFORD, Deceased. MARION MULFORD, Appellant; ELIZABETH MILKS and Others, Respondents.— Motion denied, with ten dollars costs, without prejudice to a further motion to dismiss at the next term if the appellant has not then perfected the appeal or is not ready for argument at said term. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of E. DAY CLARK, an Attorney.— Report of Broome County Bar Association grievance committee accepted, and proceeding dismissed. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

EMANUEL METZGER, Appellant, v. ÆTNA INSURANCE COMPANY, Respondent. EMANUEL METZGER, as Receiver of the KINGSTON CHEMICAL MANUFACTURING COMPANY, INC., Appellant, v. BOSTON INSURANCE COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of ABRAHAM MUNTER, Respondent, against IDEAL PEERLESS LAUNDRY. EXCHANGE MUTUAL INDEMNITY INSURANCE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.